# Appendix A

| FPC-DE<br>FILE: XXX-XXXX<br>Training Program | OPERATOR TRAINING PROGRAM<br>(RVCM REDUCTION) | Page 1 of 1<br><br>**CONFIDENTIAL** |
|---|---|---|

**1.0    Scope:**

1. The purpose of the Operator Training Program (RVCM Reduction) is to reduce batch to batch variation within the reactor stripping operation in an effort to achieve consistent, enhanced levels of RVCM reduction. ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮

2. The evaluation of day-to-day operation provides data and information that is useful for continuous improvement of the stripping process and procedure upgrade.

3. A program for daily monitoring and feedback is outlined to routinely evaluate and update stripping procedures and operator training for enhanced RVCM reduction.

**2.0    Training Plan:**

1. Prepare an initial Power Point training module based on existing procedures and information.

2. Schedule all qualified stripping operators to attend training sessions conducted by a qualified individual knowledgeable in the stripping process.

3. The area Process Engineer will maintain a daily log of batches that exceed a RVCM concentration limit ▮▮▮▮▮▮ The log shall include analysis of batch data as to the probable reason for the RVCM level.

4. The Process Engineer will utilize data to provide feedback to operators, supervisors and production managers at the daily production meeting to minimize batch RVCM variance.

5. The Process Engineer will utilize data to evaluate, modify and update batch stripping procedures and incorporate findings and improvements into the training module as necessary.

6. Incorporate the training module in site's master training plan for annual refresher training of all qualified stripping operators.

7. Include the training module as part of the qualification for all new stripping operators.

**3.0    Attachments:**

1. Operator Training (RVCM Reduction) module
2. Master Training Plan
3. Daily Log of Batches for E2 Plant

| APPROVED BY: Production Director | REVISED DATE: 1/20/05<br>EFFECTIVE DATE: 1/20/05 |
|---|---|

# In Reactor Batch Stripping of PVC Dispersion Resin Latex

## Stripping Operator Training Module

CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

Summary



CONFIDENTIAL

CONFIDENTIAL

Month=Required     Date - Indicates Training Completed
Training Department: Operations
Division: FPC-DE                    Dept:     OPERATIONS 2005

**Position Requiring Training**

| Hourly Employee Name | Req / Comp | Req / Comp | Req / Comp | Req / Comp | Req / Comp | Req / Comp | Req / Comp | Req / Comp | Req / Comp | Req / Comp |
|---|---|---|---|---|---|---|---|---|---|---|
| ▉ | Feb. | Mar. | Apr. | | Jun | | | | | |
| ▉ | Feb. | Mar. | Apr. | | Jun | | | | | |
| ▉ | Feb. | Mar. | Apr. | | Jun | | | | | |
| ▉ | Feb. | Mar. | | May | Jun | | | | | |
| ▉ | Feb. | Mar. | | May | Jun | | | | | |
| ▉ | Feb. | | | | | Jul. | Aug. | | | Nov. |
| ▉ | Feb. | | | | | Jul. | Aug. | | | Nov. |
| ▉ | Feb. | | | | | | | | | Nov. |
| ▉ | Feb. | | | | | | | | | |
| ▉ | Feb. | | | | | | | | Oct. | |
| ▉ | Feb. | | | | | | | Sep. | Oct. | |
| ▉ | Feb. | Mar. | Apr. | May | Jun | Jul. | Aug. | Sep. | Oct. | Nov. |
| ▉ | Feb. | Mar. | Apr. | May | Jun | Jul. | Aug. | Sep. | Oct. | Nov. |
| ▉ | Feb. | Mar. | Apr. | May | Jun | Jul. | Aug. | Sep. | Oct. | Nov. |
| | | | | | | | | | | |
| | | | | | | | | | | |

Prepared By: ▉

Approved By: _____

## High RVCM Log - E2 Plant

| Date | Product | Batch | Rxr | RVCM | Strip Opr | Reason Code | Comments |
|------|---------|-------|-----|------|-----------|-------------|----------|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |