**APPENDIX D**

**MANUFACTURER'S RECOMMENDATIONS FOR OPERATION OF FPC-DE REFRIGERANT EQUIPMENT REGULATED BY 40 CFR PART 82**

The following is a list of all equipment on site at FPC-DE containing a refrigerant charge of greater than 50 pounds. For each piece of equipment, the manufacturer's recommendations for operation are noted by reference to the applicable equipment manual.

1) Equipment No:   XDK820B
   Description:    York International 1000 ton Chiller,
                   Model No. YKNCNCHZ-CUC
   Manual:         York Operating and Maintenance Manual 160.4-01 (894)

2) Equipment No:   XDK820C
   Description:    Trane 1000 ton Chiller,
                   Model No. CBHF0910
   Manual:         Trane Operation and Maintenance Manual CVHE-SVU01A 10/2001

3) Equipment No:   XDK820D
   Description:    York International 700 ton Chiller,
                   Model No. XTL6M6F2CYE
   Manual:         York Operating and Maintenance Manual 160.46-01 (793)