# Appendix E

| FPC-DE<br>FILE: XXXXXX<br>Environmental Manual | LEVEL 2 DOCUMENTATION<br>ENVIRONMENTAL PROCEDURE INSTRUCTION<br>XX-XXX<br>WASTE ANALYSIS AND MANAGEMENT PLAN | Page 1 of 10<br><br>**CONFIDENTIAL** |
|---|---|---|

## 1.0 POLICY

1.1   The purpose of this procedure is to establish a standard method to determine and record the constituents of waste streams, to ensure their proper classification as well as to ensure a standardized practice for hazardous waste container handling, storage, and accumulation periods. No waste shall be stored, treated, or disposed without following this written plan. Certain sections of this procedure will not apply if the amount of hazardous waste generated at FPC-DE exceeds regulatory thresholds and more stringent requirements apply.

1.2   The Waste Analysis & Management Procedure is designed to accomplish the following:

- Notification to the Environmental Department that a new waste stream exists and of the need for it to be analyzed and classified.

- Provide a physical description of the waste and to determine if sampling is necessary.

- Establish coordination between the Environmental Department and the plant sections for waste analysis. Establish and maintain a standardized record of all waste streams generated at the facility.

- Document analytical results or process knowledge used to classify any waste stream. Classify a waste stream appropriately based on its physical makeup and/or analytical data.

- Determine the proper method for waste disposal and management pending disposal.

| Agency Authority | Law | Regulation/Permit/Consent Agreement |
|---|---|---|
| Environmental Protection Agency | Resource Conservation and Recovery Act (RCRA) | 40 CFR Parts 261, 279 |
| DNREC | Delaware Hazardous Waste Act | DRGHW 261, 279 |

## 2.0 SCOPE

2.1   This procedure applies to waste, or waste like materials, generated at FPC-DE that may be disposed, stored, treated, recycled, or otherwise subject to DRGHW regulation. This procedure applies equally to liquid, solid, and semi-solid wastes. The facility may deviate from the requirements of this plan when responding to an imminent and substantial threat of a discharge of a hazardous waste or material.

## 3.0 RESPONSIBILITY

3.1   

3.2

| MAINTAINED BY: | Environmental Manager | REVISED DATE: | 12/01/05 |
| APPROVED BY: | Plant Manager | EFFECTIVE DATE: | 12/01/05 |

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies" or a red FPC logo in the center of the page.

| FPC-DE<br>FILE: XXXXXX<br>Environmental Manual | LEVEL 2 DOCUMENTATION<br>ENVIRONMENTAL PROCEDURE INSTRUCTION<br>XX-XXX<br>WASTE ANALYSIS AND MANAGEMENT PLAN | Page 2 of 10<br><br>**CONFIDENTIAL** |
|---|---|---|

3.3 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4.0    **FLOW CHART - NONE**

**Common Terms for**
**Waste Analysis and Management**

1.  **Analysis:** any activity that determines the appropriate classification of a waste included but not limited to materials such as solid, hazardous, industrial, etc. Such activities include laboratory testing and use of process knowledge.

2.  **Accumulation Date:** the date on which a hazardous waste container is full and is ready to be transported to the Plant Storage Area.

3.  **Composite Sampling:** the obtaining of several different samples and combining them to form one sample.

4.  **Conditionally Exempt Small Quantity Generator:** a generator who generates less than 100 kilograms (220 pounds) of hazardous waste or 1 kilogram of acute hazardous waste in a calendar month.

5.  **Corrosive:** an aqueous material that has a pH less than or equal to 2 or greater than or equal to 12.5; or a liquid that corrodes steel (SAE 1020) at a rate greater than 6.35 mm (0.250 inch) per year at a test temperature of 55°C (130°F) (See 40 CFR Part 261, Subpart C for applicable regulatory testing methods);

6.  **Container:** any portable device in which material is stored, transported, treated, disposed of, or otherwise handled.

7.  **Dike:** an embankment or ridge of either natural or man-made materials used to prevent the movement of liquids, sludge, solids, or other materials.

8.  **Disposal:** the discharge, deposit, injection, dumping, spilling, leaking, or placing of any solid waste or hazardous waste into or on any land or water so that such solid waste or hazardous waste, or any constituent thereof, may enter the environment or be emitted into the air or discharged into any waters, including ground waters.

9.  **Disposal Facility:** a facility or part of a facility at which hazardous waste is intentionally placed into or on any land or water, and at which the waste will remain after closure.

10. **Discrete Sampling:** the sampling of a waste stream at a single location or depth or from a single source;

11. **Ignitable:** a liquid, other than an aqueous solution containing less than 24% alcohol and has

| MAINTAINED BY: | Environmental Manager | REVISED DATE: | 12/01/05 |
|---|---|---|---|
| APPROVED BY: | Plant Manager | EFFECTIVE DATE: | 12/01/05 |

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies" or a red FPC logo in the center of the page.

| | LEVEL 2 DOCUMENTATION | Page 3 of 10 |
|---|---|---|
| FPC-DE FILE: XXXXXX Environmental Manual | ENVIRONMENTAL PROCEDURE INSTRUCTION XX-XXX WASTE ANALYSIS AND MANAGEMENT PLAN | **CONFIDENTIAL** |

flash point of less than 60°C (140°F); a non-liquid capable, under standard temperature and pressure, of causing fire through friction, adsorption of moisture or spontaneous chemical changes and, when ignited, burns so vigorously and persistently that creates a hazard; an ignitable compressed gas as defined in 49 CFR Part 173; or an oxidizer as defined in 49 CFR Part 173 (See 40 CFR Part 261, Subpart C for applicable regulatory testing methods);

12. **Manifest:** the shipping document EPA Form 8700-22 and, if necessary, EPA Form 8700-22A, originated and signed by the generator in accordance with the instructions included in the Appendix to 40 CFR Part 262.

13. **Plant Storage Area or Hazardous Waste Storage Area or Storage:** a contiguous area of land on or in which hazardous waste is placed.

14. **Process Knowledge:** documented knowledge about a process, from such sources as material safety data sheets, flow charts, design data, published literature, documented knowledge about similar operations, product bulletins, etc.;

15. **Reactive:** a material exhibits the characteristic of reactivity if a representative sample has any of the following properties:
    - normally unstable and readily undergoes violent change without detonation;
    - reacts violently with water;
    - forms potentially explosive mixtures with water;
    - when mixed with water, generates toxic gases, vapors, or fumes in a quantity sufficient to present a danger to human health or the environment;
    - a cyanide or sulfide bearing material which, when exposed to pH conditions between 2 and 12.5, can generate toxic gases, vapors or fumes in a quantity sufficient to present a danger to human health or the environment;
    - capable of detonation or explosive reaction if it is subjected to a strong initiating source or if heated under confinement; or
    - a forbidden explosive, Class A explosive or Class B explosive as defined in 49 CFR Part 173. (See 40 CFR Part 261, Subpart C);

16. **TCLP:** Toxicity Characteristic Leaching Procedure; Test Method 1311 as published in "Test Methods for Evaluating Solid Waste, Physical/Chemical Methods," EPA Publication SW-846, and incorporated by reference in §260.11 of the RCRA regulations. (see list of constituents of concern at the end of the procedure);

17. **Waste:** discarded materials resulting from industrial and chemical operations. Waste may include garbage, refuse, sludge, by-products of chemical processes or wastewater treatment, spills, leaks, plant demolition debris, equipment fluids, or soil excavations;

18. **Waste analysis data form:** an environmental form used to summarize information about a waste. The form is used to initiate the process of waste determination and to provide basic information to allow the material to be properly profiled by the Environmental Manager and the disposal facility.

| MAINTAINED BY: | Environmental Manager | REVISED DATE: | 12/01/05 |
|---|---|---|---|
| APPROVED BY: | Plant Manager | EFFECTIVE DATE: | 12/01/05 |

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies" or a red FPC logo in the center of the page.

| FPC-DE<br>FILE: XXXXXX<br>Environmental Manual | LEVEL 2 DOCUMENTATION<br>ENVIRONMENTAL PROCEDURE INSTRUCTION<br>XX-XXX<br>WASTE ANALYSIS AND MANAGEMENT PLAN | Page 4 of 10<br><br>**CONFIDENTIAL** |
|---|---|---|

## 5.0    REFERENCE

5.1    XXXXX.XXX   Universal Waste Procedure

5.2    <u>OM-130.551</u>  Sludge Super Sack Storage

5.3    Code of Federal Regulations Title 40 Part 261 (Identification and Listing of Hazardous Wastes), and Part 262 (Standards Applicable to Generators of Hazardous Wastes); Delaware Regulations Governing Hazardous Waste, Part 268 (Land Disposal Restrictions).

5.4    EPA Guidance Manual: Waste Analysis at Facilities that Generate, Treat, Store and Dispose of Hazardous Waste, PB 94-963603, April 1994.

## 6.0    PROCEDURE

6.1



| MAINTAINED BY: | Environmental Manager | REVISED DATE: | 12/01/05 |
|---|---|---|---|
| APPROVED BY: | Plant Manager | EFFECTIVE DATE: | 12/01/05 |

| FPC-DE<br>FILE: XXXXXX<br>Environmental Manual | LEVEL 2 DOCUMENTATION<br>ENVIRONMENTAL PROCEDURE INSTRUCTION<br>XX-XXX<br>WASTE ANALYSIS AND MANAGEMENT PLAN | Page 5 of 10<br><br>**CONFIDENTIAL** |



| MAINTAINED BY: | Environmental Manager | REVISED DATE: | 12/01/05 |
| APPROVED BY: | Plant Manager | EFFECTIVE DATE: | 12/01/05 |

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies" or a red FPC logo in the center of the page.

| | LEVEL 2 DOCUMENTATION ENVIRONMENTAL PROCEDURE INSTRUCTION XX-XXX WASTE ANALYSIS AND MANAGEMENT PLAN | Page 6 of 10 |
|---|---|---|
| FPC-DE FILE: XXXXXX Environmental Manual | | **CONFIDENTIAL** |



6.1.6    Record Keeping

6.1.6.1    Records of all waste analyses must be maintained in a dedicated system (either manual or electronic) ████████████████████ for a period of no less than 3 years from the date that the waste was last sent to treatment, storage or disposal. NOTE: The system that the Environmental Department selects to use must be immediately accessible by department personnel when questions of waste analysis arise.

6.1.6.1.1    No waste analysis record of an existing waste stream will be destroyed without a more recent analysis report being on file for the waste stream.



| MAINTAINED BY: | Environmental Manager | REVISED DATE: | 12/01/05 |
|---|---|---|---|
| APPROVED BY: | Plant Manager | EFFECTIVE DATE: | 12/01/05 |

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies" or a red FPC logo in the center of the page.

| FPC-DE<br>FILE: XXXXXX<br>Environmental Manual | LEVEL 2 DOCUMENTATION<br>ENVIRONMENTAL PROCEDURE INSTRUCTION<br>XX-XXX<br>WASTE ANALYSIS AND MANAGEMENT PLAN | Page 7 of 10<br><br>**CONFIDENTIAL** |
|---|---|---|



| MAINTAINED BY: | Environmental Manager | REVISED DATE: | 12/01/05 |
|---|---|---|---|
| APPROVED BY: | Plant Manager | EFFECTIVE DATE: | 12/01/05 |

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies" or a red FPC logo in the center of the page.

| | | |
|---|---|---|
| **FPC-DE**<br>FILE: XXXXXX<br>Environmental Manual | LEVEL 2 DOCUMENTATION<br>ENVIRONMENTAL PROCEDURE INSTRUCTION<br>XX-XXX<br>WASTE ANALYSIS AND MANAGEMENT PLAN | Page 8 of 10<br><br>**CONFIDENTIAL** |



| | | |
|---|---|---|
| MAINTAINED BY:    Environmental Manager | REVISED DATE: | 12/01/05 |
| APPROVED BY:      Plant Manager | EFFECTIVE DATE: | 12/01/05 |

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies"
or a red FPC logo in the center of the page.

| FPC-DE<br>FILE: XXXXXX<br>Environmental Manual | LEVEL 2 DOCUMENTATION<br>ENVIRONMENTAL PROCEDURE INSTRUCTION<br>XX-XXX<br>WASTE ANALYSIS AND MANAGEMENT PLAN | Page 9 of 10<br><br>**CONFIDENTIAL** |
| --- | --- | --- |



| MAINTAINED BY: | Environmental Manager | REVISED DATE: | 12/01/05 |
| --- | --- | --- | --- |
| APPROVED BY: | Plant Manager | EFFECTIVE DATE: | 12/01/05 |

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies" or a red FPC logo in the center of the page.

| FPC-DE<br>FILE: XXXXXX<br>Environmental Manual | LEVEL 2 DOCUMENTATION<br>ENVIRONMENTAL PROCEDURE INSTRUCTION<br>XX-XXX<br>WASTE ANALYSIS AND MANAGEMENT PLAN | Page 10 of 10<br><br>**CONFIDENTIAL** |
|---|---|---|



### 7.0   REVIEW SCHEDULE

7.1   This procedure will be reviewed as necessary

### 8.0   RECORDS

8.1   Records of changes to this procedure will be kept in the Revision Log.  Changes greater than three years (3) old may be dropped from the log.

### 9.0   ATTACHMENTS

9.1   Waste Analysis Data Form
9.2   Appendix A:   Form 1 - Weekly Storage Area Inspection Form
                    Form 2 - Hazardous Waste Container Issuance Form

### 10.0   REVISION LOG

| MAINTAINED BY: | Environmental Manager | REVISED DATE: | 12/01/05 |
|---|---|---|---|
| APPROVED BY: | Plant Manager | EFFECTIVE DATE: | 12/01/05 |

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies" or a red FPC logo in the center of the page.

CONFIDENTIAL

# Attachment #1

CONFIDENTIAL

## WASTE ANALYSIS DATA FORM

Signed:_____

Name:_____ Title:_____

Date:

CONFIDENTIAL

# CONSTITUENTS OF CONCERN AND
## THEIR MAXIMUM LEACHABLE CONCENTRATIONS

Circle the compound known to be in the waste. Enter the concentration in ppm, if known, and enter a range if needed.

| Compound | CAS No. | Concentration (mg/l) | Known Concentration | Range |
|----------|---------|----------------------|---------------------|-------|
| # Acenaphthene | 83-32-9 | 210 | | |
| Acetone | 67-64-1 | 400 | | |
| Acetonitrile | 75-05-8 | 20 | | |
| Acetophenone | 98-86-2 | 400 | | |
| Acrylamide | 79-06-01 | 0.08 | | |
| Acrylonitrile | 107-13-1 | 0.6 | | |
| Aniline | 62-53-3 | 60 | | |
| # Anthracene | 120-12-7 | 1050 | | |
| Antimony | 7440-36-0 | 1 | | |
| Arsenic | 7440-38-2 | 1.8 | | |
| Barium | 7440-39-3 | 100.0 | | |
| Benzene | 71-43-2 | 0.50 | | |
| Benzidine | 92-87-5 | 0.002 | | |
| Beryllium | 7440-41-7 | 0.08 | | |
| Bis (2-chloroethyl) ether | 111-44-4 | 0.3 | | |
| Bis (2-ethylhexyl) phthalate | 117-81-7 | 30 | | |
| Bromodichloromethane | 75-27-4 | 0.3 | | |
| Bromomethane | 74-83-9 | 5 | | |
| Butylbenzyl Phthalate | 85-68-7 | 700 | | |
| Cadium | 7440-43-9 | 0.5 | | |
| Carbon Disulfide | 75-15-0 | 400 | | |
| Carbon Tetrachloride | 56-23-5 | 0.50 | | |
| Chlordane | 57-74-9 | 0.03 | | |

CONFIDENTIAL

| Compound | CAS No. | Concentration (mg/l) | Known Concentration | Range |
|---|---|---|---|---|
| Chlorobenzene | 108-90-7 | 70 | | |
| Chloroform | 67-66-3 | 6.0 | | |
| #Chloro-m-cresol,p | 59-50-7 | 7000 | | |
| 2-Chlorophenol | 95-57-8 | 20 | | |
| Chromium | 7440-47-3 | 5.0 | | |
| m-Cresol | 108-39-4 | 200.0* | | |
| o-Cresol | 95-48-7 | 200.0* | | |
| p-Cresol | 106-44-5 | 200.0 | | |
| DDD | 72-54-8 | 1 | | |
| DDE | 72-55-9 | 1 | | |
| DDT | 50-29-3 | 1 | | |
| Dibutyl Phthalate | 84-74-2 | 400 | | |
| 1,4-Dichlorobenzene | 106-46-7 | 7.5 | | |
| 3,3-Dichlorobenzidine | 91-94-1 | 0.8 | | |
| 1,2-Dichloroethane | 107-06-02 | 0.50 | | |
| Dichlorodifluoromethane | 75-71-8 | 700 | | |
| 1,1-Dichlorethylene | 75-35-4 | 0.6 | | |
| 1,3-Dichloropropene | 542-75-6 | 1 | | |
| 2,,4-Dichlorophenol | 120-83-2 | 10 | | |
| 2,4-Dichlorophenoxy-acetic acid (2,4-D) | 94-75-7 | 10.0 | | |
| Dieldrin | 60-57-1 | 0.02 | | |
| Diethyl Phthalate | 84-66-2 | 3000 | | |
| Dimethoate | 60-51-5 | 70 | | |
| #2,4-Dimethylphenol | 105-67-9 | 70 | | |
| #2,6-Dimethylphenol | 576-26-1 | 21 | | |
| m-Dinitrobenzene | 99-65-0 | 0.4 | | |

CONFIDENTIAL

| Compound | CAS No. | Concentration (mg/l) | Known Concentration | Range |
|---|---|---|---|---|
| 2,4-Dinitrophenol | 51-28-5 | 7 | | |
| 2,4-Dinitrotoluene (and 2,6-, mixture) | 602-01-7 | 0.13 | | |
| # Dinoseb | 88-85-7 | 3.5 | | |
| 1,4-Dioxane | 123-91-1 | 30 | | |
| Dioxins (Poly chlorinated dibenzo-p-dioxins) | | | | |
| 2,3,7,8-TCCD | 1746-01-6 | 0.005 | | |
| 1,2,3,7,8-PeCCD | 40321-76-4 | 0.010 | | |
| 1,2,3,4,7,8-HxCDD | 57653-85-7 | 0.050 | | |
| 1,2,3,6,7,8-HxCDD | 34465-46-8 | 0.050 | | |
| 1,2,3,7,8,9-HxCDD | | 0.050 | | |
| Diphenylamine | 122-39-4 | 90 | | |
| 1,2-Diphenylhydrazine | 122-66-7 | 0.4 | | |
| Disulfoton | 298-04-4 | 0.1 | | |
| Endosulfan | 959-98-8 | 0.2 | | |
| Endrin | 72-20-8 | .02 | | |
| #2-Ethoxyethanol | 110-80-5 | 1400 | | |
| Ethylbenzene | 100-41-4 | 400 | | |
| Ethylene Dibromide | 106-93-4 | 0.004 | | |
| # Ethylene Glycol | 107-21-1 | 7000 | | |
| # Fluoranthene | 206-44-0 | 140 | | |
| #Fluorene | 86-73-7 | 140 | | |
| Furans(Polychlorinated dibenzo furans) | | | | |
| 2,3,7,8-TCDF | 51207-31-9 | 0.050 | | |
| 1,2,3,7,8-PeCDF | | 0.100 | | |
| 2,3,4,7,8-PeCDF | | 0.010 | | |

CONFIDENTIAL

| Compound | CAS No. | Concentration (mg/l) | Known Concentration | Range |
|---|---|---|---|---|
| 1,2,3,4,7,8-HxCDF | | 0.050 | | |
| 1,2,3,6,7,8-HxCDF | | 0.050 | | |
| 1,2,3,7,8,9-HxCDF | | 0.050 | | |
| Heptachlor (& its hydroxide) | 76-44-8 | 0.008 | | |
| Heptachlor Epoxide | 1024-57-3 | 0.04 | | |
| Hexachlorobenzene | 118-74-1 | 0.13 | | |
| Hexachloro-1,3-butadiene | 87-68-3 | 0.4 | | |
| Hexachlorocyclopentadiene | 77-47-4 | 20 | | |
| Hexachloroethane | 67-72-1 | 3.0 | | |
| Hexachlorophene | 70-30-4 | 1 | | |
| Isobutyl Alcohol | 78-83-1 | 1000 | | |
| Isophorone | 78-59-1 | 90 | | |
| Lead | 7439-92-1 | 1.5 | | |
| Lindane | 58-89-9 | 0.3 | | |
| Mercury | 7439-97-6 | 0.2 | | |
| Methacrylonitrile | 126-98-7 | 0.4 | | |
| Methomyl | 16752-77-5 | 90 | | |
| Methoxychlor | 72-43-5 | 10.0 | | |
| #2-Methoxyethanol | 109-86-4 | 14.0 | | |
| Methyl Ethyl Ketone | 78-93-3 | 200.0 | | |
| Methyl Isobutyl Ketone | 108-10-1 | 200 | | |
| Methylene Chloride | 75-09-2 | 50 | | |
| Methyl Parathion | 298-00-0 | .09 | | |
| #Mirex | 2385-85-5 | 0.7 | | |
| Nickel | 7440-02-0 | 70 | | |
| Nitrobenzene | 98-95-3 | 2.0 | | |

CONFIDENTIAL

| Compound | CAS No. | Concentration (mg/l) | Known Concentration | Range |
|---|---|---|---|---|
| N-Nitroso-di-n-butylamine | 924-16-3 | 0.06 | | |
| N-Nitrosodiphenylamine | 86-30-6 | 70 | | |
| N-Nitrosomethylethylamine | 10595-95-6 | 0.02 | | |
| N-Nitroso-n-propylamine | 621-64-7 | 0.05 | | |
| N-Nitrosopyrrolidine | 930-55-2 | 0.2 | | |
| p-Phenylene Diamine | 106-50-3 | 20 | | |
| Parathion | 56-38-2 | 20 | | |
| Pentachlorobenzene | 608-93-5 | 3 | | |
| Pentachloronitrobenzene | 82-68-8 | 10 | | |
| Pentachlorophenol | 87-86-5 | 1000 | | |
| Phenol | 108-95-2 | 2000 | | |
| Pronamide | 23950-58-5 | 300 | | |
| # Pyrene | 129-00-0 | 5.9 | | |
| Pyridine | 110-86-1 | 4 | | |
| Selenium | 7782-49-2 | 1.0 | | |
| Silver | 7440-22-4 | 5.0 | | |
| Styrene | 100-42-5 | 700 | | |
| 1,1,1,2-Tetrachloroethane | 630-20-6 | 10 | | |
| 1,1,2,2-Tetrachloroethane | 79-34-5 | 2 | | |
| Tetrachloroethylene | 127-18-4 | 0.7 | | |
| 2,3,4,6-Tetrachlorophenol | 58-90-2 | 100 | | |
| Toluene | 108-88-3 | 1000 | | |
| Toxaphene | 8001-35-2 | 0.3 | | |
| Trans-1,3-Dichloropropene | 542-75-6 | 1 | | |
| Tribromomethane (Bromoform) | 75-25-2 | 70 | | |
| 1,2,4-Trichlorobenzene | 120-82-1 | 70 | | |

CONFIDENTIAL

| Compound | CAS No. | Concentration (mg/l) | Known Concentration | Range |
|---|---|---|---|---|
| 1,1,1-Trichloroethane | 71-55-6 | 300 | | |
| Trichloroethylene | 79-01-6 | .5 | | |
| Trichlorofluoromethane | 75-69-4 | 1000 | | |
| 1,1,2-Trichloroethane | 79-00-5 | 6 | | |
| 2,4,5-Trichlorophenoxy-Propionic Acid (2,4,5 TP or Silvex) | 93-72-1 | 1.0 | | |
| 1,2,3-Trichloropropane | 96-18-4 | 20 | | |
| 2,4,5-Trichlorophenol | 95-95-4 | 400.0 | | |
| 2,4,6-Trichlorophenol | 88-06-2 | 2 | | |
| Vanadium Pentoxide | 1314-62-1 | 30 | | |
| Vinyl Chloride | 75-01-4 | 0.2 | | |
| Xylenes (All Isomers) | 1330-82-1 | 7000 | | |

# = Constituent added since original rule publication.

• = If o-, m-, and p-Crescol concentrations cannot be differentiated, the total cresol concentration is used. The Maximum Concentration for total cresol is 200.0 mg/l.

CONFIDENTIAL

# APPENDIX A

CONFIDENTIAL

## FORM 1
## ENVIRONMENTAL DEPARTMENT - WEEKLY INSPECTION REPORT
## PLANT STORAGE AREA

INSPECTOR:                                        DATE:

| ITEM | SATISFACTORY | UNSATISFACTORY | COMMENTS |
|------|--------------|----------------|----------|
| ████████████████ | | | |
| ████████████████ | | | |
| ████████████ | | | |
| ████████████ | | | |
| ████████████ | | | |
| ████████████ | | | |
| ████████████ | | | |
| ████████████████ | | | |
| ████████████████ | | | |
| ████████████████ | | | |
| ████████████ | | | |
| ████████████ | | | |
| ████████████ | | | |
| ██████████ | | | |

CONFIDENTIAL

FORM 2 (Optional)

HAZARDOUS WASTE CONTAINER ISSUANCE LOG