# Appendix F

| FPC-DE<br>FILE: OM130600<br>Operations Manual | LEVEL 3 DOCUMENTATION<br>WORK INSTRUCTION OM-130.601<br>HAZARDOUS MATERIALS CONTINGENCY<br>PLAN | Page 1 of 10<br><br>**CONFIDENTIAL** |
|---|---|---|

## DISTRIBUTION

Same as Operations Manuals
Assistant Environmental Manager

## 1.0    POLICY

1.1    · It is the policy of FPC-DE to prevent spills of hazardous materials.  It is also the objective of FPC-DE to control and prevent these materials from reaching the Wastewater Treatment System (WWTP) or waters of the state.

## 2.0    SCOPE

The scope of this procedure covers the systems and procedures relating to prevention, control and response for hazardous materials spills at the site.

## 3.0



## 4.0    FLOW CHART

4.1    None

## 5.0    REFERENCE

5.1    SA2118         Emergency Response Plan
5.2    OM-268.100     Dike Inspection and Handling
5.3    OM-130.100     Receiving Bulk Shipments
5.4    SA2103         EHS Incident Management
5.5    OM130.551      PVC Sludge Supersack Handling
5.6    OM130.600      Spill Prevention Control, Containment and Countermeasures Plan
5.7    FPC DE Storm Water Plan

## 6.0    PROCEDURE

6.1    Discussion - This plan was written as a good management practice to prevent, control and respond to spills of hazardous materials, significant materials and materials that could be characterized as hazardous waste.  This

| MAINTAINED BY: Environmental Manager<br>APPROVED BY: Plant Manager | REVISED DATE: 1/20/05<br>EFFECTIVE DATE: 9/27/01 |
|---|---|

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies" or a red FPC logo in the center of the page.

| | LEVEL 3 DOCUMENTATION | Page 2 of 10 |
|---|---|---|
| FPC-DE<br>FILE: OM130600<br>Operations Manual | WORK INSTRUCTION OM-130.601<br>HAZARDOUS MATERIALS CONTINGENCY<br>PLAN | **CONFIDENTIAL** |

plan requires notification to the proper agencies of emergencies and spills according to federal and state requirements.



6.2    Adjacent Receiving Waters

    6.2.1    Dragon Run is located southwest of the plant site. Based on engineering design, routine inspection and existing operating procedures, it is considered unlikely that VCM contacted water or spilled material would reach Dragon Run.

    6.2.2    Delaware River – Under the site's NPDES permit, treated water is discharged from outfall 001 to the adjacent oil refinery sluiceway. The sluiceway discharges to the Delaware River at a point approximately five miles from the plant. In order to prevent a release to the Delaware River, outfall 001 can be shutoff and recycled back to the plant in case of emergency.



| MAINTAINED BY: Environmental Manager | REVISED DATE: 1/20/05 |
|---|---|
| APPROVED BY: Plant Manager | EFFECTIVE DATE: 9/27/01 |

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies" or a red FPC logo in the center of the page.

| FPC-DE<br>FILE: OM130600<br>Operations Manual | LEVEL 3 DOCUMENTATION<br>WORK INSTRUCTION OM-130.601<br>HAZARDOUS MATERIALS CONTINGENCY<br>PLAN | Page 3 of 10<br><br>**CONFIDENTIAL** |
|---|---|---|



| MAINTAINED BY: Environmental Manager<br>APPROVED BY: Plant Manager | REVISED DATE: 1/20/05<br><br>EFFECTIVE DATE: 9/27/01 |
|---|---|

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies" or a red FPC logo in the center of the page.

| FPC-DE<br>FILE: OM130600<br>Operations Manual | LEVEL 3 DOCUMENTATION<br>WORK INSTRUCTION OM-130.601<br>HAZARDOUS MATERIALS CONTINGENCY<br>PLAN | Page 4 of 10<br><br>**CONFIDENTIAL** |
|---|---|---|

MAINTAINED BY: Environmental Manager

APPROVED BY: Plant Manager

REVISED DATE: 1/20/05

EFFECTIVE DATE: 9/27/01

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies" or a red FPC logo in the center of the page.

| FPC-DE<br>FILE: OM130600<br>Operations Manual | LEVEL 3 DOCUMENTATION<br>WORK INSTRUCTION OM-130.601<br>HAZARDOUS MATERIALS CONTINGENCY<br>PLAN | Page 5 of 10<br><br>**CONFIDENTIAL** |
|---|---|---|



| MAINTAINED BY: Environmental Manager<br>APPROVED BY: Plant Manager | REVISED DATE: 1/20/05<br>EFFECTIVE DATE: 9/27/01 |
|---|---|

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies" or a red FPC logo in the center of the page.

| FPC-DE<br>FILE: OM130600<br>Operations Manual | LEVEL 3 DOCUMENTATION<br>WORK INSTRUCTION OM-130.601<br>HAZARDOUS MATERIALS CONTINGENCY<br>PLAN | Page 6 of 10<br><br>**CONFIDENTIAL** |
|---|---|---|



| MAINTAINED BY: Environmental Manager | REVISED DATE: 1/20/05 |
|---|---|
| APPROVED BY: Plant Manager | EFFECTIVE DATE: 9/27/01 |

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies" or a red FPC logo in the center of the page.

| FPC-DE<br>FILE: OM130600<br>Operations Manual | LEVEL 3 DOCUMENTATION<br>WORK INSTRUCTION OM-130.601<br>HAZARDOUS MATERIALS CONTINGENCY<br>PLAN | Page 7 of 10<br><br>**CONFIDENTIAL** |
|---|---|---|



| MAINTAINED BY: Environmental Manager<br>APPROVED BY: Plant Manager | REVISED DATE: 1/20/05<br><br>EFFECTIVE DATE: 9/27/01 |
|---|---|

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies" or a red FPC logo in the center of the page.

| FPC-DE<br>FILE: OM130600<br>Operations Manual | LEVEL 3 DOCUMENTATION<br>WORK INSTRUCTION OM-130.601<br>HAZARDOUS MATERIALS CONTINGENCY<br>PLAN | Page 8 of 10<br><br>**CONFIDENTIAL** |
|---|---|---|



6.8   List of spill control and cleanup equipment on site – The following materials are available to control and clean up any spills that may occur:

| ITEM | LOCATION |
|---|---|
| Absorbent pigs | |
| Oil dry | |
| Sand | |
| Empty drums | |
| Vacuum truck | |
| Front end loader | |
| Portable pumps | |

| MAINTAINED BY: Environmental Manager<br>APPROVED BY: Plant Manager | REVISED DATE: 1/20/05<br>EFFECTIVE DATE: 9/27/01 |
|---|---|

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies" or a red FPC logo in the center of the page.

| FPC-DE<br>FILE: OM130600<br>Operations Manual | LEVEL 3 DOCUMENTATION<br>WORK INSTRUCTION OM-130.601<br>HAZARDOUS MATERIALS CONTINGENCY<br>PLAN | Page 9 of 10<br><br>**CONFIDENTIAL** |
| --- | --- | --- |



## 7.0   REVIEW SCHEDULE

7.1   This procedure will be reviewed and evaluated every three years or as necessary in response to changes in process equipment or design. This procedure will be evaluated after any incident in which it is used to determine whether it should be amended.

## 8.0   RECORDS

8.1   Records of changes to this procedure are noted in the Revision Log. Notations older than three (3) years may be dropped from the Log.

## 9.0   ATTACHMENT

| MAINTAINED BY: Environmental Manager<br>APPROVED BY: Plant Manager | REVISED DATE: 1/20/05<br>EFFECTIVE DATE: 9/27/01 |
| --- | --- |

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies" or a red FPC logo in the center of the page.

| | LEVEL 3 DOCUMENTATION | Page 10 of 10 |
|---|---|---|
| FPC-DE<br>FILE: OM130600<br>Operations Manual | WORK INSTRUCTION OM-130.601<br>HAZARDOUS MATERIALS CONTINGENCY<br>PLAN | **CONFIDENTIAL** |

9.1    OM130.601A1  Contingency Plan Inspection Schedule
9.2    OM130.601A2  List of Hazmat Storage Tanks
9.3    OM130.601A3  WWTP Flow Diagram
9.4    OM130.601A4  Process Area Inspection List
9.5    OM130.600A1  E2 and S2 Process Flow Diagrams
9.6    OM130.600A3  Plot Plan with directional drainage flows and tank location


**10.0    REVISION LOG**

---

| MAINTAINED BY: Environmental Manager<br>APPROVED BY: Plant Manager | REVISED DATE: 1/20/05<br>EFFECTIVE DATE: 9/27/01 | |

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies" or a red FPC logo in the center of the page.

# CONTINGENCY PLAN INSPECTION SCHEDULE
## (Systems for Preventing Hazardous Waste Reaching the WWTP)

Date:_____

Engineer:_____

| Item | Accept | Reject | Actions/Comments |
|---|---|---|---|
| ██████████████ | | | |
| ██████████████ | | | |
| ██████████████ | | | |
| ██████████████ | | | |
| ██████████████ | | | |
| ██████████████ | | | |
| ██████████████ | | | |
| ██████████████ | | | |
| ██████████████ | | | |
| ██████████████ | | | |
| ██████████████ | | | |
| ██████████████ | | | |
| ██████████████ | | | |

Reviewed By:_____

Date:_____

FILE: OM130.601.A1 Rev 1(03/03/05)

# LIST OF HAZARDOUS MATERIAL STORAGE TANKS

| Map # | Tank Number & Location | Contents | Capacity (gallons) | Containment/Drain valve type | Controls/Preventative measures | Drainage |
|---|---|---|---|---|---|---|
| 13 | DT333 | Ammonium hydroxide | 10,000 | ███ | ███ | ███ |
| 14 | ███ | ███ | ███ | ███ | ███ | ███ |
| 15 | PT808 | Sodium hydroxide 25% | 10,000 | ███ | ███ | ███ |
| 16 | PT809 | Sulfuric acid | 5,500 | ███ | ███ | ███ |
| 17 | WT113 | Sulfuric acid | 1,800 | ███ | ███ | ███ |
| 18 | WT119 | Sodium hydroxide 25% | 800 | ███ | ███ | ███ |
| 20 | ███ | ███ | ███ | ███ | ███ | ███ |
| 21 | ███ | ███ | ███ | ███ | ███ | ███ |
| 22 | ███ | ███ | ███ | ███ | ███ | ███ |
| 23 | ███ | ███ | ███ | ███ | ███ | ███ |
| 24 | ███ | ███ | ███ | ███ | ███ | ███ |
| 25 | ███ | ███ | ███ | ███ | ███ | ███ |
| 26 | ███ | ███ | ███ | ███ | ███ | ███ |
| 27 | ███ | ███ | ███ | ███ | ███ | ███ |
| 28 | ███ | ███ | ███ | ███ | ███ | ███ |
| 29 | ███ | ███ | ███ | ███ | ███ | ███ |
| 30 | ███ | ███ | ███ | ███ | ███ | ███ |
| 31 | ███ | ███ | ███ | ███ | ███ | ███ |
| 32 | ███ | ███ | ███ | ███ | ███ | ███ |
| 33 | ███ | ███ | ███ | ███ | ███ | ███ |

OM130.601A2 Rev. 3 (3/17/04)

CONFIDENTIAL

# Process Area Inspection List
## (Systems for Preventing Hazardous Waste Reaching the WWTP)

Date:_____          Plant:_____

Operator:_____

| Item | Accept | Reject | Actions/Comments |
|------|--------|--------|------------------|
| ████████████████ | | | |
| ████████████ | | | |
| ████████████████ | | | |
| ████████████████ | | | |
| ███████████ | | | |
| ████████████ | | | |
| ████████████████ | | | |
| ████████████ | | | |
| ███████████████ | | | |
| ████████████████ | | | |
| ████████████████ | | | |
| ████████████████ | | | |
| ████████████ | | | |
| ████████████ | | | |
| ████████████ | | | |
| ████████████ | | | |
| ████████████████ | | | |
| ████████████ | | | |

Reviewed By:_____

Date:_____

FILE: OM130.601.A4 Rev 1(03/03/05)