# Appendix G

| FPC-DE<br>FILE: XXX-XXXX<br>Training Program | LAB TECHNICIAN TRAINING PROGRAM<br>(RVCM TESTING) | Page 1 of 1<br><br>**CONFIDENTIAL** |
|---|---|---|

**1.0     Scope:**

1. The purpose of the Lab Technician Training Program (RVCM Testing) is to instruct lab technicians on the proper use of Method 107, RVCM Testing procedure and GC Headspace Analyzer Calibration procedure.
2. A defined program for monitoring GC unit calibration and RVCM testing, as outlined below, will be implemented at the facility. Monitoring of the day to day operations provides data and information that is useful for improvement and feedback of the lab operations and procedures.

**2.0     Training Plan:**

1. Prepare an initial Power Point training module based on existing procedure (QC-10-405c) and information.
2. Schedule all lab technicians to attend training sessions conducted by a qualified individual knowledgeable in Method 107 and analytical chemistry.
3. Lab personnel will maintain a daily log of GC calibration status to assure an out of calibration GC Headspace Analyzer is not used for batch RVCM analysis. The Lab Supervisor will also routinely (not less than once per month) supervise RVCM testing for compliance with Method 107 and lab procedures and maintain a log of such events
4. The Lab Supervisor will utilize data to provide feedback and training to lab technicians regarding RVCM Testing and procedure.
5. The Lab Supervisor will utilize data to improve, modify and update lab procedures and incorporate findings and improvements into the training module as necessary.
6. Incorporate the RVCM Testing module training in site's master training plan for annual refresher training of all lab technicians.
7. Include the RVCM Testing module training as part of the qualification for all new lab technicians.

**3.0     Attachments:**

1. Lab Technician Training (RVCM Testing) module

| APPROVED BY: Production Director | REVISED DATE: 1/20/05<br>EFFECTIVE DATE: 1/20/05 | |
|---|---|---|

# GC RVCM Testing and Calibration

## Lab Technician Training Module

CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL





CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL





CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL





CONFIDENTIAL

## Summary



CONFIDENTIAL