# Appendix K

# APPENDIX K
## RVCM Average Calculation

The rolling twelve (12) month weighted average will be determined as follows:

1) For a PVC batch manufactured record (already being done to comply with NESHAP)

   a) Method 107 sample analysis concentration result and
   b) Weight of the PVC batch on a dry solids basis

2) Record PVC batch result by date.

3) Repeat steps (1) and (2) for all batches manufactured (products only)

4) Calculate a monthly weighted average based on the number of batches produced in that month using the formula:

   a) $MWA_x = \sum_{i=1}^{n} P_i (RVCM_i)/Q_x$ where

   MWA = Monthly weighted average
   x = calendar month i.e., January, February, etc.
   n = total number of batches in month
   P = average batch yield per product per year
   RVCM = Method 107 sample analysis concentration
   Q = Total monthly production

5) Calculate the rolling twelve (12) month weighted average at the end of each month utilizing the previous 12 month period of MWA(s) and Q(s) in the formula:

   a) $12WA_y = \sum_{j=1}^{m} Q_j (MWA_j)/C_y$ where

   12WA = Rolling 12 Month Weighted Average
   y = previous 12 month period.
   m = total number of months back
   Q = Total monthly production
   MWA = Monthly weighted average
   C = Total production