# Appendix N

APPENDIX N.

