# Appendix O

| FPC-DE<br>FILE: XXXXXX<br>Operations Manual | LEVEL 2 DOCUMENTATION<br>OPERATIONS PROCEDURE INSTRUCTION<br>XX-XXX<br>PVC SOLIDS MANAGEMENT PLAN | Page 1 of 2<br><br>**CONFIDENTIAL** |

**DISTRIBUTION**

**1.0    POLICY**

1.1    The purpose of this procedure is to establish a standardized method to manage PVC Solids. Pursuant to this procedure, PVC Solids are tracked, inventoried, and managed appropriately. No PVC Solids shall be stored or disposed without following this written plan.

**2.0    SCOPE**

2.1    This procedure applies to PVC Solids as defined in Section 6.1 of this procedure.



**3.0    RESPONSIBILITY**



**4.0    FLOW CHART -  None**

**5.0    REFERENCE**

5.1    XXXXX.XXX   Waste Analysis and Management Plan
5.2    OM-130.551 Sludge Super Sack Storage

**6.0    PROCEDURE**



| MAINTAINED BY: | Operations Manager | REVISED DATE: | 12/01/05 |
| APPROVED BY: | Plant Manager | EFFECTIVE DATE: | 12/01/05 |

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies" or a red FPC logo in the center of the page.

| FPC-DE<br>FILE: XXXXXX<br>Operations Manual | LEVEL 2 DOCUMENTATION<br>OPERATIONS PROCEDURE INSTRUCTION<br>XX-XXX<br>PVC SOLIDS MANAGEMENT PLAN | Page 2 of 2<br><br>**CONFIDENTIAL** |
| --- | --- | --- |



**7.0     REVIEW SCHEDULE**

    7.1     This procedure will be reviewed as necessary

**8.0     RECORDS**

    8.1     Records of changes to this procedure will be kept in the Revision Log.  Changes greater than three years (3) old may be dropped from the log.

**9.0     REVISION LOG**

| MAINTAINED BY: | Operations Manager | REVISED DATE: | 12/01/05 |
| --- | --- | --- | --- |
| APPROVED BY: | Plant Manager | EFFECTIVE DATE: | 12/01/05 |

Document is uncontrolled unless one of the following appears: a red stamp stating "Controlled Document" or "Revised-Destroy All Other Copies" or a red FPC logo in the center of the page.