IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| and | ) |
| | ) |
| STATE OF DELAWARE, | ) |
| | ) |
| Plaintiff/Intervener, | ) |
| | ) |
| | ) Civil Action No. _____ |
| v. | ) |
| | ) |
| FORMOSA PLASTICS CORPORATION, | ) |
| DELAWARE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**UNITED STATES' NOTICE OF LODGING CONSENT DECREE**

The United States is lodging with this Notice a proposed Consent Decree agreed to by the United States of America, the State of Delaware, and Formosa Plastics Corporation, Delaware. Pursuant to federal regulation at 28 C.F.R. § 50.7, the proposed Consent Decree may not be entered until after a thirty (30) day public comment period following publication of a notice in the Federal Register. Upon expiration of that comment period, the United States will notify the Court, in light of any comments

received, whether it believes that entry of the proposed Consent Decree is appropriate.

                                Respectfully submitted,

KELLY JOHNSON  
Acting Assistant Attorney General  
Environment & Natural Resources Division  
U.S. Department of Justice

_____/S/_____  
COLM F. CONNOLLY  
United States Attorney  
District of Delaware

_____/S/_____  
WILLIAM A. HUTCHINS  
Senior Attorney  
Environmental Enforcement Section  
Environment & Natural Resources Division  
U.S. Department of Justice

_____/S/_____  
RUDOLPH CONTRERAS  
Chief, Civil Division  
United States Attorneys Office  
District of Delaware

Date:   June 28, 2005    Counsel for the United States