IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>STATE OF DELAWARE, )<br>)<br>Plaintiff/Intervener, )<br>)<br>v. )<br>)<br>FORMOSA PLASTICS CORPORATION, )<br>DELAWARE, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-443 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2005, I electronically filed Plaintiff's, State of Delaware, acting at the request of the Department of Natural Resources and Environmental Control, Complaint In Intervention, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Rudolph Contreras
Assistant U.S. Attorney
United States Attorney's Office
District of Delaware
1007 Orange Street, Suite 700
Wilmington, Delaware  19899-2046
(302) 573-6277
Attorney for United States of America

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware  19899-0551
(302) 651-7634
Attorney for Formosa Plastics Corporation

| | |
|---|---|
| William A. Hutchins<br>Senior Attorney<br>Environmental and Enforcement Section<br>U.S. Department of Justice<br>1425 New York Ave., N.W.<br>Washington, DC  20005<br>(202) 514-2717<br>Attorney for United States of America | Joyce Howell, Esquire<br>Environmental Protection Agency<br>1650 Arch Street, #3EC00<br>Philadelphia, Pennsylvania  19103<br>(215) 814-2644<br>Attorney for United States of America |
| Dated: June 28, 2005 | BY: /s/Kevin P. Maloney, I.D. No. 2410<br>Deputy Attorney General<br>Department of Justice<br>State of Delaware<br>820 N. French Street, 6th Floor<br>Wilmington, Delaware  19801<br>Telephone:  (302) 577-8400<br>Facsimile:  (302) 577-5866<br>E-mail Address:  kevin.maloney@state.de.us |

KPM/dms/l/Env/480-47