IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> and ) <br> ) <br> STATE OF DELAWARE, ) <br> ) <br> Plaintiff-Intervenor, ) <br> ) <br> v. ) <br> ) <br> FORMOSA PLASTICS CORPORATION, ) <br> DELAWARE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-443 |

## MOTION TO INTERVENE

NOW COMES, intervenor, the State of Delaware ("State"), by and through the undersigned Deputy Attorney General, and in support of its Motion to Intervene in this action pursuant to Fed. R. Civ. P. 24 (a), hereby states as follows:

1     The United States of America ("United States") has filed a civil action against Formosa Plastics Corporation ("Defendant") for violations of the Clean Air Act ("CAA"), 42 U.S.C. §§ 7401, et seq.; the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. §§ 6901, et seq.; the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9601 et seq.; the Clean Water Act ("CWA"), 33 U.S.C. §§ 1251 et seq.; and the Emergency Planning and Community Right-to-Know Act ("EPCRA"), 42 U.S.C. §§ 11001, et seq. The United States seeks an injunction ordering Defendant to comply with the above acts and the regulations promulgated thereunder, and civil penalties for Defendant's past and on-going violations of the above-referenced laws.

2. Pursuant to Fed. R. Civ. P. 24 (a) (1), the State hereby moves to intervene in the action as a matter of right for the purpose of protecting the interests of the State of Delaware in the consistent, uniform and effective enforcement of the above-referenced laws.

3. Counsel for the United States has requested the intervention of the State for this purpose, and counsel for the Defendant has agreed to the State's intervention.

4. A Memorandum in Support of this Motion is submitted separately herewith.

WHEREFORE, intervenor, the State of Delaware moves that it be allowed to intervene in this action, to participate fully in all proceedings, and to receive any and all such relief that it may be entitled.

Respectfully Submitted,

Dated: June 28, 2005

BY: /s/Kevin P. Maloney, I.D. No. 2410
Deputy Attorney General
Department of Justice
State of Delaware
820 N. French Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 577-8400
Facsimile: (302) 577-5866
E-mail Address: kevin.maloney@state.de.us

*KPM/jrm/I/480-49/FormosaMotionToIntervene*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   and<br><br>STATE OF DELAWARE,<br><br>   Plaintiff-Intervenor,<br><br>FORMOSA PLASTICS CORPORATION, DELAWARE,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-443<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2005, I electronically filed Plaintiff's, State of Delaware, acting at the request of the Department of Natural Resources and Environmental Control, Motion to Intervene, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Rudolph Contreras
Assistant U.S. Attorney
United States Attorney's Office
District of Delaware
1007 Orange Street, Suite 700
Wilmington, Delaware  19899-2046
(302) 573-6277
Attorney for United States of America

Robert W. Whetzel, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware  19899-0551
(302) 651-7634
Attorney for Formosa Plastics Corporation

William A. Hutchins
Senior Attorney
Environmental and Enforcement Section
U.S. Department of Justice
1425 New York Ave., N.W.
Washington, DC  20005
(202) 514-2717
Attorney for United States of America

Joyce Howell, Esquire
Environmental Protection Agency
1650 Arch Street, #3EC00
Philadelphia, Pennsylvania  19103
(215) 814-2644
Attorney for United States of America

Dated:  June 28, 2005

BY: /s/Kevin P. Maloney, I.D. No. 2410
Deputy Attorney General
Department of Justice
State of Delaware
820 N. French Street, 6th Floor
Wilmington, Delaware  19801
Telephone:  (302) 577-8400
Facsimile:  (302) 577-5866
E-mail Address:  kevin.maloney@state.de.us

KPM/dms/I/Env/480-46