

**M. JANE BRADY**
ATTORNEY GENERAL

**STATE OF DELAWARE**
DEPARTMENT OF JUSTICE

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-4698 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO :    Civil Kent County Environmental Unit

June 28, 2005

<u>**Via U.S. Mail**</u>

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

RE:    <u>United States of America, State of Delaware, Intervener v. Formosa Plastics Corporation, Delaware C.A. No. 05-443</u>

Dear Mr. Dalleo:

    This letter is to inform you of a Substitution of Counsel for the District Court Case United States of America, State of Delaware, Intervener v. Formosa Plastics Corporation, Delaware. Please electronically enter Robert W. Whetzel, Esquire, of Richards, Layton & Finger, One Rodney Square, P.O. Box 551, Wilmington, Delaware 19899-0551, (302)651-7634, as the correct Attorney for Formosa Plastics Corporation. Inadvertently, Benjamin Wetzel was entered electronically as Attorney for Formosa Plastics Corporation.

Peter T. Dalleo, Clerk
June 28, 2005
Page Two

If additional information is required, please contact me at (302)577-8327. Thank you in advance for your assistance.

> BY: /s/Kevin P. Maloney, I.D. No. 2410
> Deputy Attorney General
> Department of Justice
> State of Delaware
> 820 N. French Street, 6th Floor
> Wilmington, Delaware  19801
> Telephone: (302) 577-8400
> Facsimile: (302) 577-5866
> E-mail Address: kevin.maloney@state.de.us

cc:   Robert W. Whetzel, Esquire
      William A. Hutchins, Senior Attorney
      Joyce Howell, Esquire
      Benjamin Wetzel, Esquire

*KPM:dms/I/Env/SOC USDC*